UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA K. PARKER, | ) | CIVIL ACTION NO. 1:20-CV-859 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| CITY OF PHILADELPHIA, PA, | ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying memorandum, IT IS ORDERED

THAT:

(1)    This case is transferred to the United States District Court for the
Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1406(a).

Date: June 4, 2020                    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge